DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHELSEA J. CARROLL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2303

_____

June 24, 2026

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie,
Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.